**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON ERIC SONNTAG, #95579 ) ) ) | |
| Plaintiff, ) | 3:08-cv-00481-LRH-RAM |
| ) vs. ) ) | **ORDER** |
| RHONDA CLIFTON, *et al.*, ) ) | |
| Defendants. ) | |

On March 11, 2010, the court dismissed this action without prejudice (docket #24), and judgment was entered by the Clerk (docket #26). The Ninth Circuit Court of Appeals dismissed plaintiff's appeal on June 14, 2010 (docket #34, *see also* Order on Mandate, docket #36).

On August 4, 2010, plaintiff filed three motions: motion to vacate order and mandate by court of appeals (docket #38); motion to vacate fraudulent, frivolous order to dismiss containing clerical errors and legal mistakes (docket #39); and motion for de novo review by Chief Judge Hunt (docket #40). On September 14, 2010, and September 27, 2010, plaintiff filed two motions, each to consolidate cases (docket #s41 and 42).

With respect to docket #s 38, 39, and 40, this court has no jurisdiction to consider any motions by plaintiff to reconsider the Ninth Circuit Order. With respect to docket #s 41 and 42, this case is closed, and these motions to consolidate must be denied as moot.

**IT IS THEREFORE ORDERED** that the following motions filed by plaintiff: motion to vacate order and mandate by court of appeals (docket #38); motion to vacate fraudulent, frivolous order to dismiss containing clerical errors and legal mistakes (docket #39); motion for de novo review by

Chief Judge Hunt (docket #40); motion to consolidate cases (docket #41); and motion to consolidate cases (docket #42) are **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall file no more documents in this closed case. Any such documents shall be returned, unfiled, to plaintiff.

DATED this 5th day of February, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE